Recording requested by:
John V. Perdido

and when recorded, please return this deed and tax statements to: 36910
John V. Perdido
C/o Non-Domestic 36810 Montreaux Road
Near: Winchester California [92596]
North America

Use the above mailing location **EXACTLY** as printed

FILED
08 JAN 11 PM 4:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 MC 0018

For recorder's use only

## DECLARATION OF ACCEPTANCE

OF LAND PATENT ASSIGMENT
UNITED STATES OF AMERICA "Land Patent # 2835"
---------*---------

KNOWN ALL MEN BY THESE PRESENTS: That, **John V. Perdido** (a sovereign Man),, does hereby certify and declare as follows: That he accepts the assignment of all Rights pertaining to the described Land and property including but not limited to the Land Patent secured rights within the United States of America **(Land Patent # 2835)**.

(1) The Land Patent Secured Land: The Character of said Land and property so secured by said Land Patent, together with all the rights, privileges, immunities and appurtenances of whatsoever nature thereunto belonging, is here legally described and referenced as:

"Those portions of Land within The southwest Quarter of Section Four (S4) in Township Seven South (7S), of Range Two West (R2W) of the San Bernardino Base and Meridian in California containing One Hundred and Fifty Acres Located At And Including: "Lot 91 of Tract 29442 in the County of Riverside, State of California, as per Map recorded in book 311, pages 54 through 59, inclusive, of Maps, in the Office of the County Recorder of said County;

(2) NOTICE AND EFFECT OF A LAND PATENT. "A grant of land (Land Patent) is a public law standing on the statue books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." Wineman v. Gastrell, 53 FED 697, 2 U.S. App. 581. A patent alone passes title tot he Grantee: Wilcox v. Jackson, 12 PET (U.S.) 498, 10 L.Ed. 264. All questions of fact decided by the General Land Office are binding everywhere and injunctions and mandamus proceedings will not lie against it. Litchfield v. Register, 9 Wall (U.S.) 575, 19 L.Ed. 681.

Where the United States has parted with title by a patent legally issued and upon surveys legally made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes: Cage v. Danks, 13 L.A. ANN. 128.

(3) LAND TITLE AND TRANSFER. The existing system of land transfer is a long and tedious process involving the observance of many formalities and technicalities, a failure to observe any one of which may defeat title, even where these have been traced to its source, the purchaser must but at peril, there always being, in spite of the utmost care and expenditure, the possibility that his title may turn out bad: Yeakle, Torrens System 209.

If said assignment of related Land Patent is not properly challenged within sixty days (60), in a court of law, it stands as a certainty, because no other party has followed the proper steps to secure lawful title. The final certificate or receipt acknowledging the payment in full by a homesteader or Preemptor is not in legal effect a conveyance of land. U.S. v. Steenersen, 50 FED 504, 1 CCA 552, 4 U.S. App. 332

Wherefore, said Land Patent secured Rights stand as assigned forever secured in accord with the terms set in said Land Patent signed and sealed under the signature of the President of the United States of America.

Signed: _John V Perdido_
John V. Perdido (a sovereign Man),
Date: _11-12-07_   Signature: _____ NELIA JOSE

Date: _11/12/2007_   Signature: _____ JOHN _____

State of California   )
County of _Riverside_ ) ss

On _NOV. 12, 2007_ before me, _TINA M. Reed Notary Public_ (name and title of the officer), personally appeared _JOHN V. PERdido_ _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.





TINA M. REED
COMM. #1645072
Notary Public · California
Riverside County
My Comm. Expires Feb. 13, 2010

# THE UNITED STATES OF AMERICA

## To all to whom these Presents shall come, Greeting:

**CERTIFICATE No. 2835.** **Whereas** *Clayton White of San Diego County California*

ha_ deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at *Los Angeles California* whereby it appears that full payment has been made by the said *Clayton White* according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," and the acts supplemental thereto, for *the South West Quarter of Section four in township Seven South of Range two West of San Bernardino Meridian in California containing one hundred and fifty acres*

according to the Official Plat of the Survey of the said Lands, returned to the General Land Office by the Surveyor General, which said Tract ha_ been purchased by the said *Clayton White*

**Now know ye,** That the United States of America, in consideration of the premises, and in conformity with the several Acts of Congress in such case made and provided, have given and granted, and by these presents do give and grant, unto the said *Clayton White*

and to *his* heirs, the said Tract above described: To have and to hold the same, together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said *Clayton White* and to *his* heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law.

**In testimony whereof** I, *Benjamin Harrison* President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

**Given** under my hand, at the City of Washington, the *twentieth* day of *August* in the year of our Lord one thousand eight hundred and *ninety* and of the Independence of the United States the one hundred and *fifteenth*.

**By the President:** *Benjamin Harrison*

NOV 1 2007
CERTIFIED TO BE A TRUE COPY
CERTIFYING OFFICER
PUBLIC INFORMATION SECTION
CALIFORNIA STATE OFFICE
BUREAU OF LAND MANAGEMENT

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

       # 146349      - BH

         January 11, 2008
              16:03:36


              Photocopies
USAO #.: 4 COPIES
Qty....:   4 @ $0.50
Amount.:                    $2.00 CA


              Misc. Case
USAO #.: 2 MISC. CASES
Amount.:                    $39.00 CA

                EACH Filing

              Misc. Case
USAO #.: MISC CASE
Amount.:                    $39.00 CA



         Total->  $80.00



       FROM: MISC. FILINGS 4 COPIES
```